CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 0 1 2008

JOHN F. CORCORAN, CLERK
BY:
　　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROBERT WILLIAM CHAPMAN,<br>　　Plaintiff, | Civil Action No. 7:08-cv-00229 |
| v. | **FINAL ORDER** |
| GENE JOHNSON, et. al.,<br>　　Defendants. | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1) and 42 U.S.C. § 1997e(a) and is stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 1st day of April, 2008.

　　　　　　　　　　　　　　　/s/ James C. Turk
　　　　　　　　　　　　　　　Senior United States District Judge